DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

Hillery Gille

        Plaintiff,

vs.

Commissioner of Social Security
        Defendant.

Civil No. 10-cv-00705-PK

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES AND
COSTS

### ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $3,839.13 and expenses of $7.01 and costs of $9.30, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 21 day of December, 2011.

_____
                             Judge

Presented by:

s/David B. Lowry
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223